1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,         )   5:09-mj-00004 TAG
                                     )
12            Plaintiff,             )
                                     )   ▓▓▓▓▓▓▓ ORDER FOR DISMISSAL
13      v.                           )   OF COMPLAINT WITHOUT PREJUDICE
                                     )
14 ISIDRO MARTINEZ-VALDEZ,           )
                                     )
15            Defendant.             )
   _____)

16

17

18      Pursuant to the motion by the United States, IT IS HEREBY

19 ORDERED that the Complaint filed herein be dismissed against

20 defendant ISIDRO MARTINEZ-VALDEZ without prejudice.

21

22 DATED: February 4, 2009        _____
                                   HONORABLE THERESA A. GOLDNER
23                                 U.S. Magistrate Judge

24

25